ELLEN F. ROSENBLUM
Attorney General
ANDREW HALLMAN  #083480
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Andrew.Hallman@doj.state.or.us

Attorneys for Defendants Clements, Gower, Gulick, Nooth, Peters, Shelton

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOAQUIN CARO,<br><br>      Plaintiff,<br><br>   v.<br><br>COLETTE PETERS, MICHAEL GOWER, MARK NOOTH, STEPHEN SHELTON, GARTH GULICK, A. CLEMENTS, and JOHN (or Jane) DOE,<br><br>      Defendants. | Case No.  2:17-cv-00376-HZ<br><br>STIPULATION OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as evidenced by the signatures of the

parties below, the parties stipulate that this action should be dismissed without prejudice.  Each

party shall bear its own costs.

**SO STIPULATED:**

_____*s/ Andrew Hallman*_____     DATE: January 8, 2018
ANDREW HALLMAN
Attorney for Defendants

_____*s/ Lynn S. Walsh*_____     DATE: January 8, 2018
LYNN WALSH
Attorney for Plaintiff

Page 1 -   STIPULATION OF DISMISSAL
    AH/ls8/8701758-v1